December 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CHRISTINA DE LA TORRE, Appellant

NO. 14-15-00874-CV                     V.

AAG PROPERTIES, INC., Appellee

_____

This cause, an interlocutory permissive appeal from a summary judgment order in favor of appellee, AAG Properties, Inc., signed September 29, 2015, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to Section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we deny application and **DISMISS** the appeal.

We order appellant, Christina De La Torre, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.